# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUN ZHANG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV242 |
| | ) | |
| V. | ) | |
| | ) | |
| GMH COMMUNITIES TRUST, | ) | ORDER |
| GMH MANAGEMENT, INC., | ) | |
| COLLEGE PARK MANAGEMENT | ) | |
| TRS INC., AMERICAN CAMPUS | ) | |
| COMMUNITIES SERVICE, INC., | ) | |
| AMERICAN CAMPUS | ) | |
| COMMUNITIES, INC., SCOTT | ) | |
| RESIDENTIAL MANAGEMENT | ) | |
| LLC, GMH MANAGEMENT, INC. | ) | |
| II, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on its own motion.

**IT IS ORDERED** that by or before June 13, 2011, the parties shall submit a joint response to this motion clarifying whether the entity identified in docket entry 74 as "GMH Communities Services Trust, Inc.", is, in fact, a party to this lawsuit.

**DATED June 6, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge