## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUN ZHANG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV242 |
| | ) | |
| V. | ) | |
| | ) | |
| GMH COMMUNITIES TRUST, GMH MANAGEMENT, INC., COLLEGE PARK MANAGEMENT TRS INC., AMERICAN CAMPUS COMMUNITIES SERVICE, INC., AMERICAN CAMPUS COMMUNITIES, INC., SCOTT RESIDENTIAL MANAGEMENT LLC, GMH MANAGEMENT, INC. II, and GMH COMMUNITIES SERVICES TRUST, INC., | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

In response to this court's order of June 6, 2011 (filing 75), the parties have advised the court that "GMH Communities Services Trust, Inc." is not a party to this lawsuit.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall terminate GMH Communities Services Trust, Inc. from this case as it is not a defendant or party to this action.

**DATED June 10, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**