> **IMPORTANT NOTICE:** AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUN ZHANG, | ) | Case Number: 8:10 CV 00242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| GMH COMMUNITIES TRUST; | ) | **AND** |
| GMH MANAGEMENT, INC., | ) | **ORDER OF REFERENCE** |
| d/b/a SCOTT RESIDENCE HALL; | ) | |
| COLLEGE PARK MANAGEMENT | ) | |
| TRS INC.; AMERICAN CAMPUS | ) | |
| COMMUNITIES SERVICE, INC.; | ) | |
| AMERICAN CAMPUS COMMUNITIES, | ) | |
| INC.; SCOTT RESIDENTIAL | ) | |
| MANAGEMENT LLC; | ) | |
| GMH MANAGEMENT, INC. II | ) | |

Defendants

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For  PLAINTIFF JUN ZHANG | June 30, 2011 |
| [signature] | For DEFENDANT SCOTT RESIDENTIAL MANAGEMENT LLC | June 30, 2011 |
| [signature] | For GMH COMMUNITIES TRUST; COLLEGE PARK MANAGEMENT TRS INC.; AMERICAN CAMPUS COMMUNITIES SERVICE, INC.; AMERICAN CAMPUS COMMUNITIES, INC.; | June 30, 2011 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

| | |
|---|---|
| 7/1/2011 | _(signature)_ |
| Date | United States District Judge |

clerk\proc\forms\consent.frm
04/13/11