IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUN ZHANG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV242 |
| | ) | |
| V. | ) | |
| | ) | |
| GMH COMMUNITIES TRUST, GMH MANAGEMENT, INC., COLLEGE PARK MANAGEMENT TRS INC., AMERICAN CAMPUS COMMUNITIES SERVICE, INC., AMERICAN CAMPUS COMMUNITIES, INC., SCOTT RESIDENTIAL MANAGEMENT LLC, and GMH MANAGEMENT, INC. II, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's Unopposed Motion to Dismiss Certain Defendants (filing 95). The motion will be granted.

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion to Dismiss Certain Defendants (filing 95) is granted.

2. The following Defendants are hereby dismissed from this suit: GMH Communities Trust; GMH Management, Inc., d/b/a/ Scott Residence Hall; American Campus Communities, Inc. and GMH Management, Inc., II. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to reflect the dismissal of these defendants.

3. Plaintiff's claims remain pending against College Park Management TRS, Inc.; American Campus Communities Service, Inc. and Scott Residential Management, LLC.

**DATED September 7, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**