## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUN ZHANG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV242 |
| | ) | |
| V. | ) | |
| | ) | |
| GMH COMMUNITIES TRUST, GMH | ) | ORDER |
| MANAGEMENT, INC., COLLEGE | ) | |
| PARK MANAGEMENT TRS INC., | ) | |
| AMERICAN CAMPUS COMMUNITIES | ) | |
| SERVICE, INC., AMERICAN CAMPUS | ) | |
| COMMUNITIES, INC., SCOTT | ) | |
| RESIDENTIAL MANAGEMENT LLC, | ) | |
| and GMH MANAGEMENT, INC. II, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on Plaintiff's Unopposed Motion to Dismiss Certain Defendants (filing 95).  The motion will be granted.

**IT IS ORDERED:**

1.  Plaintiff's Unopposed Motion to Dismiss Certain Defendants (filing 95) is granted.

2.  The following Defendants are hereby dismissed from this suit: GMH Communities Trust; GMH Management, Inc., d/b/a/ Scott Residence Hall; American Campus Communities, Inc. and GMH Management, Inc., II.  The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to reflect the dismissal of these defendants.

3.  Plaintiff's claims remain pending against College Park Management TRS, Inc.; American Campus Communities Service, Inc. and Scott Residential Management, LLC.

**DATED September 7, 2011.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**